[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

sxb

**RECEIVED**

MAR 12 2019 *lc*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

)
)
)
Plaintiff )
)
Ethel Lee Hill )
Todd )     **1:19-cv-01723**
v. )     **Judge Rebecca R. Pallmeyer**
)     **Magistrate Judge Sunil R. Harjani**
)
)
Defendant )

**COMPLAINT**

Psychiatist       Providence
Elsy Joseph and       Hospital
Supervisor Conway     Chicago
apprx 2·26·2019

misdiagnos with intent
to destroy my life and
respected family name.
proof upon request.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

|   |
|---|
| ) |
| ) |

Plaintiff )

Ethel Lee Hill Todd )
Israel )
v. )
)
Defendant )

Norwegian
American Hospital
Chicago

**COMPLAINT**

Behaviour analysis, apprx.
1-11. 2019. Raped while in
hospital 1.13, 2019. would
not let me file charges
with police or give a
written report.

Proof will be given upon
interogation of Doctors
and 3 foreign students.
Serious allegations.

**United States District Court**
**Northern District of Illinois**

)
)
Plaintiff )
Ethel Lee Hill )
)
Todd v. )
)
)
Defendant )

COMPLAINT

Methodist
Hospital
of Chicago

falsifying documents and
dates and times. I am
now in posession of false
altered doments.

charges against defen-
dants M.D. Gill, Raja,
Neuro, sergeon
and black, afro
american nurse
apprx date 2.15.2019

United States District Court
Northern District of Illinois

)
)
)
Plaintiff )

Ethel Lee Hill Todd v. )
Israel )
)
)
Defendant )

US Postal Inspection
Service AKA U.S Post
Office

**COMPLAINT**

1986 Terminated by Inspection
Service for no just cause, violation
of my human rights, civil rights
freedom of speech, Title 4 admend
ment to the constitution violations.
Let your records show all
proof of documentation will be
supplied at hearing.

Names: Sargent Veltry, Inspector
Murphy, Captain D.E. Brown,
Assistant Inspector in charge
Dupilka, Inspector in charge
Oldham.

)
)
**United States District Court**
**Northern District of Illinois**

Plaintiff )

Ethel Lee Hill Todd )
Israel v. )
)
)
Defendant )

Mercy Hospital )
Chicago **COMPLAINT**

11 days in hospital for
pain in neck and left back
shoulder. 7 days first
4 days 2 weeks later.
under sedation entire
period. only recollection
of 7 doctors team who
operated and aware of
the techniques, equipment
used to perform, operation.
Serious allegations, proof
will be heard at time of
hearing.
October 17, 2018 occurence.

**United States District Court**
**Northern District of Illinois**

Plaintiff

Ethel Lee Hill Todd

v.

Defendant

Roveem Rafeyan **COMPLAINT**
m.D. Psychiatry

1987 to 2018 misdiagnost of
my mental statis for his own
personal gain.

witnesses will be supplied
at hearing.